UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60176-CV-WILLIAMS

YOEL RAMIREZ,

    Plaintiff,

v.

SEREDOR CENTERS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (DE 15) ("***Joint Motion***"). In a Fair Labor Standards Act ("***FLSA***") case, the Court must review the Parties' settlement agreement for reasonableness pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). To approve the settlement agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Id.* at 1353. Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall re-file their Joint Motion, which shall include the Parties' settlement agreement and a request for approval of that agreement, by **April 13, 2023**. The Parties' Joint Motion (DE 15) is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE